IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD EDMOND PABST,<br><br>    Petitioner,<br><br>v.<br><br>RICK THALER, DIRECTOR TDCJ-CID,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:11-cv-2311-O<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 36).  Petitioner motioned before the Court his objections (ECF No. 39).  The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct.  Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Having accepted the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court finds Petitioner's motion for further discovery and an evidentiary hearing (ECF No. 40) and motion for leave to add a supplemental pleading (ECF No. 42) are moot.

**SO ORDERED** on this **26th day** of **September, 2012**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**